UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> HOULIHAN TRADING CO. INC., et al., <br><br> Defendants. | CASE NO. C22-296 MJP <br><br> MINUTE ORDER TRANSFERRING CASE |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby transferred to the Honorable John C. Coughenour, United States Senior District Judge. The caption for this case shall hereinafter be **C22-296 JCC**. All scheduled dates will remain as set unless the parties are notified otherwise by John C. Coughenour.

\\

MINUTE ORDER TRANSFERRING CASE - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed May 18, 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/ Serge Bodnarchuk<br>
Deputy Clerk