The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON SALES AND MARKETING, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-00296-JCC<br><br>~~STIPULATION AND PROPOSED~~ ORDER TO FILE SECOND AMENDED COMPLAINT |

　　　The parties, through their undersigned counsel of record, agree to and stipulate as follows:

　　　1.　　On June 8, 2022, Plaintiff Innovative Solutions International, Inc. ("Plaintiff"

~~STIPULATION AND PROPOSED~~ ORDER TO FILE SECOND
AMENDED COMPLAINT - 1
Case No. 2:22-cv-00296-JCC
312813131.3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  or "Innovative") filed its First Amended Complaint against Defendants Houlihan Trading Company, Inc., Marcus Technologies LLC, Brighton Sales and Marketing, LLC, Cook International Trade & Brokerage, Inc., Shumaker International Corporation, North South Foods Group, Inc., Henley's Wholesale Meats, Inc., Pilgrim's Pride Corporation, and Doe Defendants 1–10.

2. Brighton Group, LLC had notice of the First Amended Complaint and its counsel notified Plaintiff that "Brighton Group, LLC" rather than "Brighton Sales and Marketing, LLC" is the name of the correct defendant in this action. Houlihan Trading Company, Inc. and Henley's Wholesale Meats, Inc. have appeared in this action and join this Stipulation.

3. Plaintiff amends its First Amended Complaint to name "Brighton Group, LLC" as a defendant instead of "Brighton Sales and Marketing, LLC."

4. It is stipulated and agreed that the caption in the above-referenced case should be amended as reflected in **Exhibit A** attached hereto.

5. It is further stipulated and agreed that, at the present time, and upon information and belief, Brighton Sales and Marketing, LLC should not be party to this case and Plaintiff is not aware of any claims against this entity at this time.

6. Federal Rule of Civil Procedure 15(a) provides that leave to amend a complaint "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Ninth Circuit has emphasized that "[r]ule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality.'" *DCD Programs, Ltd v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987); *see also Bowles v. Read*, 198 F.3d 752, 757-58 (9th Cir. 1999).

7. The undersigned parties agree that Plaintiff's amendments to the First Amended Complaint will not result in undue delay or in any prejudice to any party.

8. Pursuant to Local Rule 15, a copy of the proposed Second Amended Complaint showing as redlines the changes made to the First Amended Complaint to create

STIPULATION AND PROPOSED ORDER TO FILE SECOND
AMENDED COMPLAINT - 2
Case No. 2:22-cv-00296-JCC
312813131.3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  the Second Amended Complaint is attached hereto as **Exhibit A**.

2      **IT IS HEREBY STIPULATED**, by and between the parties, by and through their
3  respective counsel, that Plaintiff should be granted leave to file the Second Amended
4  Complaint attached hereto as Exhibit A with changes accepted.

5  **IT IS SO STIPULATED.**

6

7  Dated:  June 28, 2022

8

9  By: s/ Philip M. Guess
10 Philip M. Guess, WSBA #26765
   Madisyn M. Uekawa, WSBA #56953
11 K&L GATES LLP
   925 Fourth Avenue, Suite 2900
12 Seattle, WA 98104
   Tel:  (206) 623-7580
13 Fax: (206) 623-7022
   philip.guess@klgates.com
14 madisyn.uekawa@klgates.com

15 *Attorneys for Plaintiff Innovative Solutions*
16 *International, Inc.*

By: s/ Daniel W. Rankin
Bennett J. Hansen, WSBA #24205
Daniel W. Rankin, WSBA #49673
PREG O'DONNELL & GILLETT PLLC
901 5th Ave., Suite 3400
Seattle, WA 98164
Phone: (206) 287-1775
bhansen@pregodonnell.com
drankin@pregodonnell.com

*Attorneys for Defendant Houlihan Trading Co., Inc.*

17

18 By:  s/ Eliot M. Harris
   Eliot M. Harris, WSBA # 36590
19 Gabrielle K. Lindquist, WSBA # 57177
   WILLIAMS, KASTNER & GIBBS PLLC
20 601 Union Street, Suite 4100
   Seattle, WA 98101-2380
21 Tel: (206) 628-6600
   Fax: (206) 628-6611
22 eharris@williamskastner.com
   glindquist@williamskastner.com
23

24 *Attorneys for Defendant Henley's Wholesale Meats, Inc.*

25

26

~~STIPULATION AND PROPOSED~~ ORDER TO FILE SECOND
AMENDED COMPLAINT - 3
Case No. 2:22-cv-00296-JCC
312813131.3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS ORDERED** that Plaintiff is granted leave to amend to file its Second Amended Complaint, a copy of which is attached hereto as Exhibit A, with changes accepted. Plaintiff shall file and serve its Second Amended Complaint within fourteen (14) days of this Order pursuant to LCR 15.

IT IS SO ORDERED.

DATED this 28th day of June 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

~~STIPULATION AND PROPOSED~~ ORDER TO FILE SECOND
AMENDED COMPLAINT - 4
Case No. 2:22-cv-00296-JCC
312813131.3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022