THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOULIHAN TRADING CO., INC., *et al.*, <br><br> Defendants. | CASE NO. C22-0296-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion to modify the scheduling order in this case (Dkt. No. 75). Based on the parties' assertion that they need additional time to complete discovery, the Court finds good cause for an extension and GRANTS the parties' stipulation. (*Id.*) It is ORDERED that the civil scheduling order be modified as follows:

| | |
|---|---|
| Initial Expert Disclosures Deadline | January 20, 2023 |
| Discovery Deadline | February 17, 2023 |
| Dispositive Motions Deadline | February 16, 2023 |
| Mediation Deadline | February 28, 2023 |

MINUTE ORDER
C22-0296-JCC
PAGE - 1

All other deadlines will remain unchanged as stated in the previous civil trial scheduling order (*See* Dkt. No. 13).

DATED this 18th day of October 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
