THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOULIHAN TRADING CO. INC., *et al.*, <br><br> Defendants. | CASE NO. C22-0296-JCC <br><br> ORDER |

This matter comes before the Court on the parties' motions to seal certain sentencing materials. (*See generally* Dkt. Nos. 152, 170, 189.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the information contained in the materials at issue, these criteria are met here. Accordingly, the motions to seal (Dkt. Nos. 152, 170, 189) are GRANTED and the Clerk is DIRECTED to maintain Docket Numbers 156, 157, 158, 183 and 191 under seal.

DATED this 2nd day of October 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE