THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>  Defendants. | Case No.: 2:22-cv-00296-JCC<br><br>**STIPULATED MOTION AND [**~~PROPOSED~~**] ORDER RE SCHEDULE OF SUPPLEMENTAL BRIEFING ON MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY**<br><br>**NOTING DATE: OCTOBER 5, 2023** |

## STIPULATION & RELIEF REQUESTED

By order dated September 28, 2023 (Dkt. No. 217), this Court authorized supplemental briefing on Defendant Pilgrim's Pride Corp.'s ("Pilgrim's") Motion to Exclude or Limit Testimony of Steven J. Kessler ("Motion") (Dkt. No. 160). Pilgrim's and Plaintiff Innovative Solutions International, Inc. ("Innovative") have conferred and now stipulate to a supplemental briefing

STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE SCHEDULE OF
SUPPLEMENTAL BRIEFING ON MOTION TO EXCLUDE OR
LIMIT EXPERT TESTIMONY - 1

schedule with the following filing deadlines:

    Pilgrim's Supplemental Brief:          October 6, 2023

    Innovative's Supplemental Response:    October 20, 2023

Consistent with this briefing schedule, the Parties respectfully request the Court enter the proposed order below. Pilgrim's will file a supplemental brief of no more than 12 pages. Innovative will file a supplemental response of no more than 12 pages. Consistent with LCR 7(e), captions, tables of content, tables of authority, signature blocks and certificates of service shall not count towards this page limit.

## ORDER

The Court, having considered the foregoing Stipulation, and good cause appearing, orders as follows:

The parties shall submit supplemental briefing on the Motion no later than the following dates:

    Pilgrim's Supplemental Brief:          October 6, 2023

    Innovative's Supplemental Response:    October 20, 2023

Pilgrim's will file a supplemental brief of no more than 12 pages. Innovative will file a supplemental response of no more than 12 pages. The case caption, any tables of content, tables of authority, signature blocks and certificates of service shall not count towards the page limit for either brief.

**IT IS SO ORDERED.**
DATED: October 5, 2023.

                                                                */s/ John C. Coughenour*

                                                                Hon. John C. Coughenour
                                                                United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER RE SCHEDULE OF
SUPPLEMENTAL BRIEFING ON MOTION TO EXCLUDE OR
LIMIT EXPERT TESTIMONY - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

By: *s/ Philip M. Guess*
Philip M. Guess, WSBA # 26765
Madisyn Uekawa, WSBA # 56953
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
philip.guess@klgates.com
madisyn.uekawa@klgates.com

Elizabeth H White, WSBA #58976
Henry G. Ross, WSBA #51591
Janjeera S. Hail (admitted *pro hac vice*)
One SW Columbia Street, Suite 1900
K&L Gates LLP
Portland, OR 97204
Phone: (503) 228-3200
elizabeth.white@klgates.com
janjeera.hail@klgates.com

*Attorneys for Plaintiff Innovative Solutions International, Inc.*


By: *s/ Daniel Rankin*
Bennett J. Hansen, WSBA # 24205
Daniel Rankin, WSBA # 49673
Preg O'Donnell & Gillett PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164-9113
bhansen@pregodonnell.com
drankin@pregodonnell.com

*Attorneys for Defendant Houlihan Trading Co., Inc.*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE SCHEDULE OF
SUPPLEMENTAL BRIEFING ON MOTION TO EXCLUDE OR
LIMIT EXPERT TESTIMONY - 3

1
2
3   By: *s/ Kevin Kuhlman*
    Meredith L. Thielbahr, WSBA # 41746
4   William M. Hughbanks, WSBA # 45562
    Grace Maldonado, WSBA # 54712
5   Gordon Rees Scully Mansukhani, LLP
    701 Fifth Avenue, Suite 2100
6   Seattle, WA 98104
    mthielbahr@grsm.com
7   whughbnks@grsm.com
    gmaldonado@grsm.com
8
9   Kevin Kuhlman (admitted *pro hac vice*)
    Spencer Fane LLP
10  1000 Walnut Street, Suite 1400
    Kansas City, MO 64106
11  kkuhlman@spencerfane.com
12  *Attorneys for Defendant Pilgrim's Pride Corp.*
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND [PROPOSED] ORDER RE SCHEDULE OF
SUPPLEMENTAL BRIEFING ON MOTION TO EXCLUDE OR
LIMIT EXPERT TESTIMONY - 4

## CERTIFICATE OF SERVICE

I, Philip M. Guess, certify under penalty of perjury under the laws of the State of Washington that on October 5, 2023, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164-2026<br>Email: bhansen@pregodonnell.com<br>       drankin@pregodonnell.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Meredith L. Thielbahr<br>Grace Maldonado<br>William Hughbanks<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Email: mthielbahr@grsm.com<br>       whughbnks@grsm.com<br>       gmaldonado@grsm.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Kevin Kuhlman<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Email: kkuhlman@spencerfane.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |

DATED: October 5, 2023.

*s/Philip M. Guess*
Philip M. Guess

CERTIFICATE OF SERVICE - 1