THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOULIHAN TRADING CO. INC., *et al.*, <br><br> Defendant. | CASE NO. C22-0296-JCC <br><br> ORDER |

This matter comes before the Court on the Plaintiff's motion to seal confidential financial data. (Dkt. No. 233.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternative means for protecting the interest. *See* United States v. Doe, 870 F.3d 991, 998 (9th Cir. 2017). Given the sensitive nature of the underlying financial information, these criteria are readily met. Accordingly, Plaintiff's motion to seal (Dkt. No. 233) is GRANTED and the Clerk is DIRECTED to maintain Docket Number 240 under seal.

ORDER
C22-0296-JCC
PAGE - 1

DATED this 27th day of November 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-0296-JCC
PAGE - 2