THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL INC, <br><br> Plaintiff, <br> v. <br><br> HOULIHAN TRADING CO. INC., *et al.*, <br><br> Defendants. | CASE NO. C22-0296-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' *ex parte* petition to extend trial and related deadlines. Based on the parties' representations, the Court hereby EXTENDS trial date and related deadlines as follows:

| | |
|---|---|
| Motions *in Limine* | March 8, 2024 |
| Pretrial Order and Verdict Forms and Jury Instructions and Deposition Transcripts | March 22, 2024 |

MINUTE ORDER
C22-0296-JCC
PAGE - 1

| Status Conference | July 9, 2024 |
|---|---|
| Trial Briefs | August 12, 2024 |
| Trial Date | August 19, 2024 |

DATED this 5th day of March 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C22-0296-JCC
PAGE - 2