The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>    Plaintiff,<br><br> v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>    Defendants. | Case No.: 2:22-cv-00296-JCC<br><br>[**PROPOSED**]<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND FILING DEADLINE FOR DEPOSITION DESIGNATIONS, JURY INSTRUCTIONS, AND VERDICT FORM** |

ORDER GRANTING STIPULATED MOTION TO EXTEND FILING DEADLINE FOR DEPOSITION DESIGNATIONS, JURY INSTRUCTIONS, AND VERDICT FORM
(2:22-cv-00296-JCC)

# ORDER

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Extend Filing Deadline for Deposition Designations, Jury Instructions, and Verdict Form (the "Stipulated Motion"), the Court, having considered the Stipulated Motion and finding good cause for granting the Motion, **GRANTS** the Motion. The Court extends the deadline for the parties to file their deposition designations, jury instructions, and verdict form to March 29, 2024. The parties shall file their deposition designations, jury instructions, and verdict form no later than March 29, 2024.

**IT IS SO ORDERED.**

DATED this 22nd day of March, 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND FILING DEADLINE FOR DEPOSITION DESIGNATIONS, JURY INSTRUCTIONS, AND VERDICT FORM - 1
(2:22-cv-00296-JCC)

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  PRESENTED BY:

2  K&L Gates LLP

3
   By: *s/Elizabeth White*
4  Philip M. Guess, WSBA #26765
   Emaan Jaberi, WSBA #56990
5  925 Fourth Ave., Suite 2900
   Seattle, WA 98104-1158
6  Phone: (206) 623-7580
   Email:       philip.guess@klgates.com
7                emaan.jaberi@klgates.com

8  Elizabeth H. White, WSBA #58976
   Henry G. Ross, WSBA #51591
9  One SW Columbia Street, Suite 1900
   Portland, OR 97204
10 Phone: (503) 228-3200
   Email:       elizabeth.white@klgates.com
11               henry.ross@klgates.com

12
13 *Attorneys for Plaintiff*

14
   Preg O'Donnell & Gillett PLLC
15
   By: *s/Daniel Rankin*
16 Bennett J. Hansen, WSBA # 24205
   Daniel Rankin, WSBA # 49673
17 901 Fifth Ave, Suite 3400
   Seattle, WA 98164-9113
18 Email:       bhansen@pregodonnell.com
19               drankin@pregodonnell.com

20 *Attorneys for Defendant Houlihan Trading Co., Inc.*

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO EXTEND FILING DEADLINE FOR DEPOSITION DESIGNATIONS, JURY INSTRUCTIONS, AND VERDICT FORM - 2
(2:22-cv-00296-JCC)

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

GORDON REES SCULLY MANSUKHANI, LLP

By: /sKevin Kuhlman
Meredith L. Thielbahr, WSBA # 41746
William M. Hughbanks, WSBA # 45562
Grace Maldonado, WSBA # 54712
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Email:    mthielbahr@grsm.com
          whughbnks@grsm.com
          gmaldonado@grsm.com

SPENCER FANE LLP

Kevin Kuhlman, *pro hac vice*
Daniel Blegen, *pro hac vice*
Sarah Hobbs, *pro hac vice*
1000 Walnut, Suite 1400
Kansas City, MO 64106
Email:    kkuhlman@spencerfane.com
          dblegen@spencerfane.com
          shobbs@spencerfane.com

*Attorneys for Defendant Pilgrim's Pride Corp.*

ORDER GRANTING STIPULATED MOTION TO EXTEND FILING DEADLINE FOR DEPOSITION DESIGNATIONS, JURY INSTRUCTIONS, AND VERDICT FORM - 3
(2:22-cv-00296-JCC)

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I, Philip M. Guess, certify under penalty of perjury under the laws of the State of Washington that on March 19, 2024, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue Suite 3400<br>Seattle, WA  98164-2026<br>Email: bhansen@pregodonnell.com<br>            drankin@pregodonnell.com | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via CM/ECF |
| Meredith L. Thielbahr<br>Grace Maldonado<br>William M. Hughbanks<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Email: mthielbahr@grsm.com<br>            gmaldonado@grsm.com<br>            whughbanks@grsm.com | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via CM/ECF |
| Kevin Kuhlman<br>Daniel Blegen<br>Sarah Kanoy Hobbs<br>Spencer Fane LLP<br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106<br>Email: kkuhlman@spencerfane.com<br>            dblegen@spencerfane.com<br>            shobbs@spencerfane.com | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via CM/ECF |

DATED: March 19, 2024.

*s/ Philip M. Guess*
Philip M. Guess

CERTIFICATE OF SERVICE - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022