THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>Defendants. | Case No. 2:22-cv-00296-JCC<br><br>PARTIES' DESIGNATED DEPOSITION TRANSCRIPTS |

PARTIES' DESIGNATED DEPOSITION TRANSCRIPTS - 1
(2:22-CV-00296-JCC)

Innovative Solutions International, Inc., Houlihan Trading Co. Inc., and Pilgrim's Pride Corp. respectfully submit designated deposition transcripts as part of their Pretrial Order, pursuant to the Court's Order of March 22, 2024. Dkt. No. 261. The designated transcripts include all parties' designations, counter designations, objections, and responses to objections. The transcripts are as follows:

1. **Exhibit 1** is the designated deposition transcript of Pilgrim's Pride Corp. Fed. R. Civ. P. 30(b)(6) representative Alice Craft McLaughlin, dated May 10, 2023.

2. **Exhibit 2** is the designated deposition transcript of Pilgrim's Pride Corp. employee Alice Craft McLaughlin, dated April 26, 2023.

3. **Exhibit 3** is the designated deposition transcript of Cook International Trade & Brokerage, Inc. Fed. R. Civ. P. 30(b)(6) representative Dan Cook, dated January 12, 2023.

4. **Exhibit 4** is the designated deposition transcript of Brighton Group, LLC Fed. R. Civ. P. 30(b)(6) representative Bryan Griggs, dated February 13, 2022.

5. **Exhibit 5** is the designated deposition transcript of Pilgrim's Pride Corp. Fed. R. Civ. P. 30(b)(6) representative Mike Henry, dated May 10, 2023.

6. **Exhibit 6** is the designated deposition transcript of Henley's Wholesale Meats, Inc. Fed. R. Civ. P. 30(b)(6) representative Cara Huntsman, dated October 20, 2022.

7. **Exhibit 7** is the designated deposition transcript of Pilgrim's Pride Corp. employee Larry Tanner Lipsey, dated April 21, 2023.

8. **Exhibit 8** is the designated deposition transcript of Marcus Technologies, LLC Fed. R. Civ. P. 30(b)(6) representative Billy Marcus, dated January 19, 2023.

9. **Exhibit 9** is the designated deposition transcript of former Pilgrim's Pride Corp. employee Dolan Patterson, dated May 15, 2023.

10. **Exhibit 10** is the designated deposition transcript of Shumaker International Corp. Fed. R. Civ. P. 30(b)(6) representative Jacob Shumaker, dated November 17, 2022.

1  11. **Exhibit 11** is the designated deposition transcript of Pilgrim's Pride Corp. employee Santiago Tinoco, dated April 28, 2023.

12. **Exhibit 12** is the designated deposition transcript of Pilgrim's Pride Corp. employee Alana Wright, dated April 24, 2023

13. Being filed separately under seal pursuant to Court procedures is the designated deposition transcript of Trader Joe's Fed. R. Civ. P. 30(b)(6) representative Jason Larson, dated February 14, 2022. A slip sheet standing in for that filing is attached as **Exhibit 13**.

In the designations, boxes on the right-hand side of the page indicate where a party has made an affirmative designation, a counter-designation, or has objected to a designation. Designations, counter-designations, and objections are indicated by a range showing Page:Line:Word. In cases where a party has objected to a designation, the basis for that party's objection is listed directly under the range showing the content objected to, and the responding party's response to the objection is directly below the objection. For example:



PARTIES' DESIGNATED DEPOSITION TRANSCRIPTS - 3
(2:22-CV-00296-JCC)

1  The first box above shows an Innovative affirmative designation.  The second box above
2  shows a Houlihan crossclaim designation.  The third box above shows a Pilgrim's objection to an
3  Innovative designation.  Each box shows the range of the testimony designated or objected to.
4  Pilgrim's objection is the two lines next to and directly below the red dot.  Innovative's response
5  to the objection is the language slightly below, beginning, "Any prejudice . . . ."
6  The unique "DES-NNN" identifiers in the boxes on the right-hand side of the transcripts
7  are there to assist the parties, and the Court, if needed, in identifying particular designations,
8  counter-designations, and objections.  They do not otherwise have any significance.

PARTIES' DESIGNATED DEPOSITION TRANSCRIPTS - 4
(2:22-CV-00296-JCC)

| | | |
|---|---|---|
| 1 | Dated: March 29, 2024. | Respectfully Submitted, |
| 2 | | K&L GATES LLP |
| 3 | | By: *s/ Elizabeth H. White* |
| 4 | | |
| 5 | | Elizabeth H. White, WSBA #58976<br>Henry G. Ross, WSBA #51591 |
| 6 | | One SW Columbia Street, Suite 1900<br>Portland, OR 97204 |
| 7 | | Phone: (503) 228-3200<br>Email: Elizabeth.White@klgates.com |
| 8 | | Henry.Ross@klgates.com |
| 9 | | Philip M. Guess, WSBA #26765 |
| 10 | | Emaan R. Jaberi, WSBA #56990<br>925 Fourth Ave., Suite 2900 |
| 11 | | Seattle, WA 98104-1158<br>Phone: (206) 623-7580 |
| 12 | | Email: Philip.Guess@klgates.com<br>Emaan.Jaberi@klgates.com |

*Attorneys For Plaintiff Innovative Solutions International, Inc.*

PREG O'DONNELL & GILLETT PLLC

By: s/ *Daniel Rankin*
    Bennett J. Hansen, WSBA # 24205
    Daniel Rankin, WSBA # 49673
    901 Fifth Ave, Suite 3400
    Seattle, WA 98164-9113
    bhansen@pregodonnell.com
    drankin@pregodonnell.com

*Attorneys for Defendant Houlihan Trading Co., Inc.*

PARTIES' DESIGNATED DEPOSITION TRANSCRIPTS - 5
(2:22-CV-00296-JCC)

SPENCER FANE LLP

By: s/ *Daniel Blegen*
    Kevin Kuhlman, *pro hac vice*
    Daniel Blegen, *pro hac vice*
    Sarah Hobbs, *pro hac vice*
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    kkuhlman@spencerfane.com
    dblegen@spencerfane.com
    shobbs@spencerfane.com

GORDON REES SCULLY MANSUKHANI, LLP
    Meredith L. Thielbahr, WSBA # 41746
    William M. Hughbanks, WSBA # 45562
    Grace Maldonado, WSBA # 54712
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    mthielbahr@grsm.com
    whughbnks@grsm.com
    gmaldonado@grsm.com

*Attorneys for Defendant Pilgrim's Pride Corp.*

PARTIES' DESIGNATED DEPOSITION TRANSCRIPTS - 6
(2:22-CV-00296-JCC)

## **CERTIFICATE OF SERVICE**

I, Elizabeth H. White, certify under penalty of perjury under the laws of the State of Washington that on March 29, 2024, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue Suite 3400<br>Seattle, WA 98164-2026<br>Email:  bhansen@pregodonnell.com<br>            drankin@pregodonnell.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Meredith L. Thielbahr<br>Grace Maldonado<br>William M. Hughbanks<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Email:  mthielbahr@grsm.com<br>            gmaldonado@grsm.com<br>            whughbanks@grsm.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Kevin Kuhlman, *pro hac vice*<br>Daniel Belgen, *pro hac vice*<br>Sarah Hobbs, *pro hac vice*<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO  64106<br>Email: kkuhlman@spencerfane.com<br>           dblegen@spencerfane.com<br>           shobbs@spencerfane.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |

DATED: March 29, 2024

By: *s/Elizabeth H. White*
    Elizabeth H. White

CERTIFICATE OF SERVICE - 1