The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and Does 1-10,<br><br>Defendants. | No. 2:22-cv-00296-JCC<br><br>**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>NOTE ON MOTION CALENDAR: May 17, 2024 |

Pursuant to LCR 83.2(b)(1) and (2), Plaintiff Innovative Solutions International, Inc., Defendant Houlihan Trading Co., Inc., and Defendant Pilgrim's Pride Corporation ("Pilgrim's") by and through their respective counsel, stipulate to and request the Court's approval of a substitution of counsel for Pilgrim's. Meredith L. Thielbahr, William M. Hughbanks, and Grace Maldonado and Gordon Rees Scully Mansukhani are withdrawing as counsel for Pilgrim's, and attorney Theo A. Lesczynski and Davis Wright Tremaine LLP are substituting as counsel of record for Pilgrim's. Attorneys Daniel E. Blegen, Kevin M. Kuhlman, and Sarah Hobbs and Spencer Fane will remain as co-counsel for Pilgrim's.

///

///

PILGRIM PRIDE'S STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:22-cv-00296-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 17th day of May, 2024.

I certify that this memorandum contains 105 words, in compliance with the Local Civil Rules.

| K&L GATES LLP | PREG O'DONNELL & GILLETT PLLC |
|---|---|
| By: *s/ Philip M. Guess*<br>　　Philip M. Guess, WSBA #26765<br>　　Madisyn Uekawa, WSBA #56953<br>　　Emaan R. Jaberi, WSBA #56990<br>　　925 Fourth Avenue, Suite 2900<br>　　Seattle, WA 98104<br>　　Philip.guess@klgates.com<br>　　Madisyn.uekawa@klgates.com<br>　　Emaan.jaberi@klgates.com<br><br>　　Elizabeth H. White, WSBA #58976<br>　　Henry G. Ross, WSBA #51591<br>　　Janjeera S. Hail (admitted *pro hac vice*)<br>　　One SW Columbia Street, Suite 1900<br>　　Portland, OR 97204<br>　　elizabeth.white@klgates.com<br>　　henry.ross@klgates.com<br>　　janjeera.hail@klgates.com<br><br>*Attorneys for Plaintiff Innovative Solutions International., Inc.* | By: *s/ Daniel Rankin*<br>　　Bennett J. Hansen, WSBA #24205<br>　　Daniel Rankin, WSBA #49673<br>　　901 5th Avenue, Suite 3400<br>　　Seattle, WA 98164<br>　　bhansen@pregodonnell.com<br>　　drankin@pregodonnell.com<br><br>*Attorneys for Defendant Houlihan Trading Co.* |

PILGRIM PRIDE'S STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:22-cv-00296-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI** | **SPENCER FANE LLP** |
| By: *s/ Meredith L. Thielbahr* | By *s/ Daniel E. Blegen* |
|     Meredith L. Thielbahr, WSBA #41746 |     Daniel E. Blegen (admitted *pro hac vice*) |
|     William M. Hughbanks, WSBA #45562 |     Kevin M. Kuhlman (admitted *pro hac vice*) |
|     Grace Maldonado, WSBA #56712 |     Sara K. Hobbs (admitted *pro hac vice*) |
|     701 Fifth Avenue, Suite 2100 |     1000 Walnut Street, Suite 1400 |
|     Seattle, WA 98104 |     Kansas City, MO 64106 |
|     mthielbahr@grsm.com |     dblegen@spencerfane.com |
|     whughbanks@grsm.com |     kkuhlman@spencerfane.com |
|     gmaldonado@grsm.com |     shobbs@spencerfane.com |
| *Withdrawing Attorneys for Defendant Pilgrim's Pride Corp.* | *Attorneys for Defendant Pilgrim's Pride Corp.* |

**DAVIS WRIGHT TREMAINE LLP**

By *s/ Theo A. Lesczynski*
    Theo A. Lesczynski, WSBA #59780
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206.622.3150
    Fax: 206.757.7700
    theolesczynski@dwt.com

*Substituting Attorneys for Defendant Pilgrim's Pride Corp.*

PILGRIM PRIDE'S STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:22-cv-00296-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Meredith L. Thielbahr, William M. Hughbanks, and Grace Maldonado of the law firm Gordon Rees Scully Mansukhani are withdrawn as counsel for Defendant Pilgrim's Pride Corporation effective as of the date of this Order; and

2. Theo A. Lesczynski of the law firm Davis Wright Tremaine LLP is substituted as counsel of record for Defendant Pilgrim's Pride Corporation in this matter effective as of the date of this Order.

IT IS SO ORDERED.

DATED this 17th day of May 2024.

_____
The Honorable John C. Coughenour

PILGRIM PRIDE'S STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:22-cv-00296-JCC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax