THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>            Defendants. | Case No. 2:22-cv-00296-JCC<br><br>PARTIES' **AMENDED** DESIGNATED DEPOSITION TRANSCRIPTS |

PARTIES' AMENDED DESIGNATED DEPOSITION TRANSCRIPTS - 1
(2:22-CV-00296-JCC)

Innovative Solutions International, Inc., Houlihan Trading Co. Inc., and Pilgrim's Pride Corp. respectfully submit the attached <u>amended</u> designated deposition transcripts. The parties previously designated deposition transcripts on March 29, 2023 (Dkt. No. 261), before the trial date in this matter was continued. Trial is now scheduled for December 2, 2024. In light of the Court's rulings on the parties' motions in limine and subsequent conferrals between the parties regarding certain witnesses' attendance at trial, the parties are withdrawing certain deposition transcripts and amending certain transcripts, as indicated below. Overall, the volume of designations and objections thereto have been substantially reduced.

I. **WITHDRAWN TRANSCRIPTS**

The parties withdraw the following deposition transcripts on the understanding that the listed witnesses will be available to testify in-person at trial:

| Witness | Previous Location |
|---|---|
| **Alice Craft-McLaughlin (Fed. R. Civ. P. 30(b)(6))** | Dkt. No. 261, Ex. 1 |
| **Alice Craft-McLaughlin** | Dkt. No. 261, Ex. 2 |
| **Tanner Lipsey** | Dkt. No. 261, Ex. 7 |
| **Santiago Tinoco** | Dkt. No. 261, Ex. 11 |
| **Alana Wright** | Dkt. No. 261, Ex. 12 |

II. **RESUBMITTED/AMENDED TRANSCRIPTS**

The parties resubmit the below deposition transcripts with amended designations, which supersede the parties' previously submitted deposition designations. The designated transcripts include all parties' designations, counter designations, objections, and responses to objections.

| Witness | Exhibit Number |
|---|---|
| **Dan Cook (Fed. R. Civ. P. 30(b)(6))** | Ex. 1 |

PARTIES' AMENDED DESIGNATED DEPOSITION TRANSCRIPTS - 2
(2:22-CV-00296-JCC)

| Witness | Exhibit Number |
|---|---|
| **Bryan Griggs (Fed. R. Civ. P. 30(b)(6))** | Ex. 2 |
| **Mike Henry (Fed. R. Civ. P. 30(b)(6))** | Ex. 3 |
| **Cara Huntsman (Fed. R. Civ. P. 30(b)(6))** | Ex. 4 |
| **Billy Marcus (Fed. R. Civ. P. 30(b)(6))** | Ex. 5 |
| **Dolan Patterson** | Ex. 6 |
| **Jacob Shumaker (Fed. R. Civ. P. 30(b)(6))** | Ex. 7 |
| **Jason Larson (Fed. R. Civ. P. 30(b)(6))** | Ex. 8 - Being filed separately under seal pursuant to Court procedures; a slip sheet standing in for that filing is attached as Ex. 8 |

In the designations submitted with this filing, boxes on the right-hand side of the page indicate where a party has made an affirmative designation, a counter-designation, or has objected to a designation. Designations, counter-designations, and objections are indicated by a range showing Page:Line:Word. In cases where a party has objected to a designation, the basis for that party's objection is listed directly under the range showing the content objected to, and the responding party's response to the objection is directly below the objection. For example:

\\
\\
\\
\\
\\
\\
\\
\\
\\

PARTIES' AMENDED DESIGNATED DEPOSITION TRANSCRIPTS - 3
(2:22-CV-00296-JCC)



1  \\
2  \\
3  \\
4  \\
5  \\
6  \\
7  \\
8  \\
9  \\
10 \\
11 \\
12 \\
13 \\
14 \\
15

16    The first box above shows a Houlihan crossclaim designation.  The second box above
17 shows an Innovative affirmative designation.  The third box above shows a Pilgrim's objection to
18 an Innovative designation.  Each box shows the range of the testimony designated or objected to.
19 Pilgrim's objection are the lines next to and directly below the red dot.  Innovative's response to
20 the objection is the language slightly below, beginning, "Any prejudice . . . ."

21    The unique "DES-NNN" identifiers in the boxes on the right-hand side of the transcripts
22 are there to assist the parties, and the Court, if needed, in identifying particular designations,
23 counter-designations, and objections.  They do not otherwise have any significance.

24
25
26

PARTIES' AMENDED DESIGNATED DEPOSITION TRANSCRIPTS - 4
(2:22-CV-00296-JCC)

| | | |
|---|---|---|
| 1 | Dated: October 25, 2024. | Respectfully Submitted, |
| 2 | | K&L GATES LLP |
| 3 | | By: *s/ Elizabeth H. White* |
| 4 | |     Elizabeth H. White, WSBA # 58976 |
|   | |     Henry G. Ross, WSBA # 51591 |
| 5 | |     One SW Columbia Street, Suite 1900 |
|   | |     Portland, OR 97204 |
| 6 | |     Phone: (503) 228-3200 |
|   | |     Email: Elizabeth.White@klgates.com |
| 7 | |         Henry.Ross@klgates.com |

Philip M. Guess, WSBA # 26765
Emaan R. Jaberi, WSBA # 56990
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Email: Philip.Guess@klgates.com
    Emaan.Jaberi@klgates.com

*Attorneys for Plaintiff Innovative Solutions International, Inc.*

PREG O'DONNELL & GILLETT PLLC

By: *s/ Daniel Rankin*
    Bennett J. Hansen, WSBA # 24205
    Daniel Rankin, WSBA # 49673
    901 Fifth Ave, Suite 3400
    Seattle, WA 98164-9113
    bhansen@pregodonnell.com
    drankin@pregodonnell.com

*Attorneys for Defendant Houlihan Trading Co., Inc.*

PARTIES' AMENDED DESIGNATED DEPOSITION TRANSCRIPTS - 5
(2:22-CV-00296-JCC)

SPENCER FANE LLP

By: *s/ Daniel Blegen*
    Kevin Kuhlman, *pro hac vice*
    Daniel Blegen, *pro hac vice*
    Sarah Hobbs, *pro hac vice*
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    kkuhlman@spencerfane.com
    dblegen@spencerfane.com
    shobbs@spencerfane.com

DAVIS WRIGHT TREMAINE LLP

    Theo A. Lesczynski, WSBA # 59780
    Davis Wright Tremaine, LLP
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    theolesczynski@dwt.com

*Attorneys for Defendant Pilgrim's Pride Corp.*

PARTIES' AMENDED DESIGNATED DEPOSITION TRANSCRIPTS - 6
(2:22-CV-00296-JCC)

## **CERTIFICATE OF SERVICE**

I, Elizabeth H. White, certify under penalty of perjury under the laws of the State of Washington that on October 25, 2024, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue Suite 3400<br>Seattle, WA 98164-2026<br>Email: bhansen@pregodonnell.com<br>　　　　drankin@pregodonnell.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Theo A. Lesczynski<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Email: theolesczynski@dwt.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Kevin Kuhlman, *pro hac vice*<br>Daniel Belgen, *pro hac vice*<br>Sarah Hobbs, *pro hac vice*<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Email: kkuhlman@spencerfane.com<br>　　　　dblegen@spencerfane.com<br>　　　　shobbs@spencerfane.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |

DATED: October 25, 2024

By: *s/Elizabeth H. White*
　　　Elizabeth H. White

CERTIFICATE OF SERVICE - 1