THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-00296-JCC<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL<br><br>**CLERK'S ACTION REQUIRED** |

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL - 1
(2:22-cv-00296-JCC)

1 | This matter comes before the Court on Plaintiff's motions to seal the transcript of the deposition of Jason Larson. While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternative means for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the sensitive nature of the information contained in the material at issue, these criteria are met here. Accordingly, Plaintiff's motion to seal is GRANTED and the Clerk is DIRECTED to maintain Docket Number 286 under seal.

DATED this 25th day of October 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL - 2
(2:22-cv-00296-JCC)

1  PRESENTED BY:

2  K&L GATES LLP

3  
4  By: *s/ Elizabeth H. White*
    Elizabeth H White, WSBA #58976
    Henry G. Ross, WSBA #51591
5  1 SW Columbia St., Suite 1900
    Portland, OR 97204
6  Phone: 503-228-3200
7  *elizabeth.white@klgates.com*
    *henry.ross@klgates.com*
8

9  Philip M. Guess, WSBA # 26765
    Emaan R. Jaberi, WSBA # 56990
10 925 Fourth Ave., Suite 2900
    Seattle, WA 98104-1158
11 Phone: (206) 623-7580
12 *philip.guess@klgates.com*
    *emaan.jaberi@klgates.com*
13

14 *Attorneys for Plaintiff Innovative Solutions International, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL - 3
(2:22-cv-00296-JCC)

# CERTIFICATE OF SERVICE

I, Elizabeth H White, certify under penalty of perjury under the laws of the State of Washington that on October 25, 2024, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue Suite 3400<br>Seattle, WA 98164-2026<br>Email: bhansen@pregodonnell.com<br>          drankin@pregodonnell.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Theo A. Lesczynski<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Email: theolesczynski@dwt.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Kevin Kuhlman, *pro hac vice*<br>Daniel Belgen, *pro hac vice*<br>Sarah Hobbs, *pro hac vice*<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Email: kkuhlman@spencerfane.com<br>          dblegen@spencerfane.com<br>          shobbs@spencerfane.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |

DATED: October 25, 2024.

*s/ Elizabeth H. White*
Elizabeth H White

CERTIFICATE OF SERVICE - 1