THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOULIHAN TRADING CO., INC, *et al.*, <br><br> Defendants. | CASE NO. C22-0296-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 288), filed in response to e-mail communications with the Court on October 31, 2024. In light of a recent settlement between Plaintiff and Defendant Houlihan, the parties believe trial will be most efficient if they submit amended versions of the previously filed pretrial order, jury instructions, verdict form, and deposition designations. (*See* Dkt. No. 288 at 2.) The parties therefore propose, and the Court agrees to adopt, the following amended pretrial submission deadlines:

- Second Amended Deposition Designations: **November 7, 2024**
- Amended Pretrial Order: **November 12, 2024**
- Amended Jury Instructions/Verdict Form: **November 15, 2024**

DATED this 1st day of November 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk