THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOULIHAN TRADING CO., INC., *et al.*, <br><br> Defendants. | CASE NO. C22-0296-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having reviewed the parties' proposed pretrial order (Dkt. No. 290), the Court concludes that supplemental briefing is required to fully understand the "common answers apt to drive the resolution of [this] litigation." *See Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 350 (2011). At issue is Defendant Houlihan's private Consumer Protection Act ("CPA") crossclaim, RCW 19.86.020, against Defendant Pilgrim's. In the pretrial order, Pilgrim's objects to this crossclaim, arguing that Washington law precludes out-of-state plaintiffs from asserting CPA claims against out-of-state defendants. (*See* Dkt. No. 290 at 4.)

Accordingly, the Court seeks supplemental briefing from Houlihan and Pilgrim's regarding the following: (1) whether Houlihan's CPA crossclaim against Pilgrim's fails as a

MINUTE ORDER
C22-0296-JCC
PAGE - 1

matter of law; and (2) if so, under what procedure would the Court dismiss this crossclaim at this point in the proceeding.

Houlihan and Pilgrim's shall each submit a supplementary brief on this issue, not to exceed six (6) pages of argument, no later than Friday, November 22, 2024.

DATED this 15th day of November 2024.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Kathleen Albert<br>
Deputy Clerk