THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INNOVATIVE SOLUTIONS
INTERNATIONAL, INC.,

                    Plaintiff,

         v.

HOULIHAN TRADING CO., INC., *et al.*,

                    Defendants.

CASE NO. C22-0296-JCC

MINUTE ORDER

         The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

         This matter comes before the Court *sua sponte*. On November 25, 2024, Defendant Pilgrim's filed an additional motion to exclude evidence regarding Houlihan's damages at trial (Dkt. No. 306). Under LCR 7(b), Houlihan's response to this motion would normally be due on December 16, 2024. However, in light of trial set to commence on December 2, 2024, the Court FINDS good cause to amend the briefing schedule. Houlihan's response is due no later than December 2, 2024. Pilgrim's may not file a reply brief.

//

//

//

MINUTE ORDER
C22-0296-JCC
PAGE - 1

1        DATED this 26th day of November 2024.

2                      Ravi Subramanian

                    Clerk of Court

3

4                      s/Kathleen Albert

                    Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C22-0296-JCC
PAGE - 2