THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>              Defendants. | Case No.: 2:22-cv-00296-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER RESETTING DEADLINES FOR POST-TRIAL BRIEFING**<br><br>**NOTING DATE: DECEMBER 18, 2024** |

## STIPULATION & RELIEF REQUESTED

Plaintiff Innovative Solutions International, Inc. ("Innovative"), defendant Houlihan Trading Co., Inc. ("Houlihan"), and defendant Pilgrim's Pride Corp. ("Pilgrim's," and collectively,

STIPULATED MOTION AND [PROPOSED] ORDER
RESETTING DEADLINES FOR POST TRIAL BRIEFING - 1
(2:22-cv-00296-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the "Parties") jointly submit the below proposed schedule for presentation of Houlihan's remaining cause of action for equitable relief, as well as opening briefing regarding certain post-trial motions.

1. Houlihan's cause of action for equitable remedies

| Houlihan's Brief | January 17, 2025 |
|---|---|
| Pilgrim's' Response | February 7, 2025 |
| Houlihan's Reply/Presentment | February 28, 2025 |

2. Innovative's Motion for Treble Damages under the Washington Consumer Protection Act

| Innovative's Motion | Two Weeks from Entry of Judgment or January 17, 2025, whichever is later |
|---|---|

3. Innovative's Motion for Attorneys' Fees and Costs under the Washington Consumer Protection Act (and/or costs pursuant to LCR 54(d))

| Innovative's Motion | Two Weeks from Entry of Judgment or January 17, 2025, whichever is later |
|---|---|

4. Houlihan's Motion for Costs pursuant to LCR 54(d)

| Houlihan's Motion | Two Weeks from Entry of Judgment or January 17, 2025, whichever is later |
|---|---|

### [PROPOSED] ORDER

The Court, having considered the foregoing Stipulation, and good cause appearing, orders as follows:

The Parties shall submit post-trial motions and briefing no later than the following dates:

1. Houlihan's cause of action for equitable remedies

| Houlihan's Brief | January 17, 2025 |
|---|---|
| Pilgrim's' Response | February 7, 2025 |
| Houlihan's Reply/Presentment | February 28, 2025 |

STIPULATED MOTION AND [PROPOSED] ORDER
RESETTING DEADLINES FOR POST TRIAL BRIEFING - 2
(2:22-cv-00296-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. Innovative's Motion for Treble Damages under the Washington Consumer Protection Act

| Innovative's Motion | Two Weeks from Entry of Judgment or January 17, 2025, whichever is later |
|---|---|

3. Innovative's Motion for Attorneys' Fees and Costs under the Washington Consumer Protection Act (and/or costs pursuant to LCR 54(d))

| Innovative's Motion | Two Weeks from Entry of Judgment or January 17, 2025, whichever is later |
|---|---|

4. Houlihan's Motion for Costs pursuant to LCR 54(d)

| Houlihan's Motion | Two Weeks from Entry of Judgment or January 17, 2025, whichever is later |
|---|---|

**IT IS SO ORDERED.**

DATED: December 18, 2024.

_____
Hon. John C. Coughenour
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER
RESETTING DEADLINES FOR POST TRIAL BRIEFING - 3
(2:22-cv-00296-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | | |
|---|---|---|
| 1 | DATED December 18, 2024. | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | By: *s/Philip M. Guess* |
| | | Philip M. Guess, WSBA # 26765 |
| 5 | | Emaan Jaberi, WSBA # 56990 |
| 6 | | K&L Gates LLP |
| | | 925 Fourth Ave., Suite 2900 |
| 7 | | Seattle, WA 98104-1158 |
| | | Phone: (206) 623-7580 |
| 8 | | Email:    philip.guess@klgates.com |
| | | emaan.jaberi@klgates.com |
| 9 | | |
| 10 | | Elizabeth H White, WSBA #58976 |
| | | Henry G. Ross, WSBA #51591 |
| 11 | | One SW Columbia St., Suite 1900 |
| | | K&L Gates LLP |
| 12 | | Portland, OR 97204 |
| | | Phone: 503-228-3200 |
| 13 | | Email:    elizabeth.white@klgates.com |
| | | janjeera.hail@klgates.com |
| 14 | | |
| 15 | | *Attorneys for Plaintiff Innovative Solutions International, Inc.* |
| 16 | | |
| 17 | | PREG O'DONNELL & GILLETT PLLC |
| 18 | | |
| 19 | | By: *s/ Bennett J. Hansen* |
| | | Bennett J. Hansen, WSBA # 24205 |
| 20 | | Daniel Rankin, WSBA # 49673 |
| | | Preg O'Donnell & Gillett PLLC |
| 21 | | 901 Fifth Ave, Suite 3400 |
| 22 | | Seattle, WA 98164-9113 |
| | | Email:    bhansen@pregodonnell.com |
| 23 | | drankin@pregodonnell.com |
| 24 | | *Attorneys for Defendant Houlihan Trading Co., Inc.* |
| 25 | | |
| 26 | | |

STIPULATED MOTION AND [PROPOSED] ORDER
RESETTING DEADLINES FOR POST TRIAL BRIEFING - 4
(2:22-cv-00296-JCC

S<small>PENCER</small> F<small>ANE</small> LLP

By:*s/ Daniel Blegen*

   Kevin Kuhlman, *pro hac vice*
   Daniel Blegen, *pro hac vice*
   Sarah Hobbs, *pro hac vice*
   1000 Walnut, Suite 1400
   Kansas City, MO 64106
   kkuhlman@spencerfane.com
   dblegen@spencerfane.com
   shobbs@spencerfane.com

D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP

By:*s/ Theo A. Lesczynski*

   Theo A. Lesczynski, WSBA # 59780
   Davis Wright Tremaine, LLP
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104
   theolesczynski@dwt.com

  *Attorneys for Defendant Pilgrim's Pride Corp*

STIPULATED MOTION AND [PROPOSED] ORDER
RESETTING DEADLINES FOR POST TRIAL BRIEFING - 5
(2:22-cv-00296-JCC

# CERTIFICATE OF SERVICE

I, Philip M. Guess, certify under penalty of perjury under the laws of the State of Washington that on December 18, 2024, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>401 Union Street, Suite 1900<br>Seattle, WA 98101<br>Email: bhansen@pregodonnell.com<br>drankin@pregodonnell.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Theo A. Lesczynski<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Email: theolesczynski@dwt.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Kevin Kuhlman, *pro hac vice*<br>Daniel Blegen, *pro hac vice*<br>Sarah Hobbs, *pro hac vice*<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Email: kkuhlman@spencerfane.com<br>dblegen@spencerfane.com<br>shobbs@spencerfane.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |

DATED: December 18, 2024.

*s/Philip M. Guess*
Philip M. Guess

CERTIFICATE OF SERVICE - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022