HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>                    Plaintiff(s),<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON SALES AND MARKETING, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>                    Defendant(s). | NO. 2:22-CV-00296-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE<br><br>**NOTE ON MOTION CALENDAR: JANUARY 10, 2025** |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE
10015-0152  6057741
Case No. 2:22-CV-00296-JCC

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## STIPULATION AND RELIEF REQUESTED

Plaintiff Innovative Solutions International, Inc. ("Innovative"), Defendant Houlihan Trading Co., Inc. ("Houlihan"), and Defendant Pilgrim's Pride Corp. ("Pilgrim's," and collectively, the "Parties") jointly submit this request to amend the briefing schedule for the presentation of Houlihan's remaining cause of action for equitable relief and the opening briefing regarding certain post-trial motions.

Following the trial of this matter, the parties stipulated to a briefing schedule that accommodated the parties' schedules over the holiday season, yet moved these post-trial issues forward as quickly as practicable. Under this schedule, opening briefing is due on January 17, 2025. Houlihan and Innovative placed orders with the court reporter for transcripts of trial testimony that they reasonably believed would be necessary for presenting their post-trial briefing. While Houlihan and Innovative placed these orders in December 2024, including requesting certain transcripts on an expedited basis, the court reporter has informed Houlihan and Innovative their transcripts will not be ready until January 20, 2025 in the case of Frank Sorba's testimony, and January 22, 2025 in the case of Travis Griffin's testimony,. Pilgrim's has also indicated a need for additional transcripts, which the court reporter has advised would not be available until approximately 30 days after the submission of Pilgrim's' written request and prepayment, which is forthcoming.

Considering the unavailability of trial testimony transcripts necessary to their post-trial briefing, the parties jointly request the Court amend the post-trial briefing schedule, as follows:

1. Pilgrim's shall promptly order the remaining trial transcripts, which are expected to take about 30 days to prepare.

2. Innovative's motion for Treble Damages under the Washington Consumer Protection Act and motion for Attorneys' Fees and Costs under Washington Consumer Protection

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE
10015-0152 6057741
Case No. 2:22-CV-00296-JCC

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Act (and/or costs pursuant to LCR 54(d)) shall be due on January 24, 2025, on a standard briefing schedule.

3. Houlihan's post-trial opening briefing on its equitable claim and for costs shall be filed one week after the final trial transcripts are delivered to the parties.

4. Pilgrim's' response briefing on Houlihan's post-trial motions shall be due two weeks after Houlihan's post-trial briefing is filed.

5. Houlihan's reply briefing shall be two due weeks after Pilgrim's' response briefing is filed.

Dated this 10th day of January, 2025.

        K&L GATES LLP

        By: /s/ Philip M. Guess
           Philip M. Guess, WSBA #26765
           Emaan Jaberi, WSBA #56990
        925 Fourth Ave., Suite 2900
        Seattle, WA 98104-1158
        Phone: (206) 623-7580
        Email:
        philip.guess@klgates.com
        emaan.jaberi@klgates.com

        Elizabeth H. White, WSBA #58976
        Henry G. Ross, WSBA #51591
        One SW Columbia Street, Suite 1900
        Portland, OR 97204
        Phone: (503) 228-3200
        Email:
        elizabeth.white@klgates.com
        henry.ross@klgates.com
        *Attorneys for Plaintiff Innovative Solutions International, Inc.*

/ / /

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE
10015-0152  6057741
Case No. 2:22-CV-00296-JCC

PREG O'DONNELL & GILLETT PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

|   |   |
|---|---|
| 1 | PREG O'DONNELL & GILLETT PLLC |
| 2 | By /s/ Daniel Rankin |
|   |    Bennett J. Hansen, WSBA #24205 |
| 3 |    Daniel Rankin, WSBA #49673 |
| 4 |    Monica Marks, WSBA #60689 |
|   | 401 Union Street, Suite 1900 |
| 5 | Seattle, Washington 98101 |
| 6 | Firm Email: |
|   | bhansen@pregodonnell.com |
| 7 | drankin@pregodonnell.com |
|   | mmarks@pregodonnell.com |
| 8 | *Attorneys for Defendant Houlihan Trading Co., Inc.* |

SPENCER FANE LLP

By: /s/ Daniel Blegen
   Kevin Kuhlman, *pro hac vice*
   Daniel Blegen, *pro hac vice*
   Sarah Hobbs, *pro hac vice*
1000 Walnut, Suite 1400
Kansas City, MO 64106
kkuhlman@spencerfane.com
dblegen@spencerfane.com
shobbs@spencerfane.com

DAVIS WRIGHT TREMAINE LLP

By: /s/ Theo A. Lesczynski
   Theo A. Lesczynski, WSBA # 59780
Davis Wright Tremaine, LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
theolesczynski@dwt.com
*Attorneys for Defendant Pilgrim's Pride Corp.*

/ / /

---

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE
10015-0152 6057741
Case No. 2:22-CV-00296-JCC

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## ~~[PROPOSED]~~ ORDER

The Court, having considered the foregoing Stipulation, and good cause appearing, orders as follows:

1. Pilgrim's shall promptly order the remaining trial transcripts, which are expected to take about 30 days to prepare.

2. Innovative's motion for Treble Damages under the Washington Consumer Protection Act and motion for Attorneys' Fees and Costs under Washington Consumer Protection Act (and/or costs pursuant to LCR 54(d)) shall be due on January 24, 2025, on a standard briefing schedule **pursuant to LCR 7(d)(3) (21-Day Motions)**.

3. Houlihan's post-trial opening briefing on its equitable claim and for costs shall be filed one week after the final trial transcripts are delivered to the parties.

4. Pilgrim's' response briefing on Houlihan's post-trial motions shall be due two weeks after Houlihan's post-trial briefing is filed.

5. Houlihan's reply briefing shall be two due weeks after Pilgrim's' response briefing is filed.

**IT IS SO ORDERED.**

DATED: January 10, 2025.

_____
John C. Coughenour
United States District Court Judge

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE
10015-0152  6057741
Case No. 2:22-CV-00296-JCC

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Innovative Solutions International, Inc.:**
Philip M. Guess, Esq.
Emaan R. Jaberi, Esq.
K&L Gates LLP
*philip.guess@klgates.com*
*emaan.jaberi@klgates.com*

**Counsel for Plaintiff Innovative Solutions International, Inc.:**
Elizabeth H. White, Esq.
Henry G. Ross, Esq.
K&L Gates LLP
*elizabeth.white@klgates.com*
*henry.ross@klgates.com*

**Counsel for Defendant Pilgrim's Pride Corp.:**
Theo A Lesczynski, Esq.
Davis Wright Tremayne, LLP
*theolesczynski@dwt.com*

**Counsel for Defendant Pilgrim's Pride Corp.:**
Kevin M. Kuhlman, Esq.
Daniel E. Blegen, Esq.
Sarah K. Hobbs, Esq.
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
*kkuhlman@spencerfane.com*
*dblegen@spencerfane.com*
*shobbs@spencerfane.com*

DATED at Seattle, Washington, this 10th day of January, 2025.

  /s/ Daniel Rankin
Daniel Rankin, WSBA #49673

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND POST TRIAL BRIEFING SCHEDULE
10015-0152  6057741
Case No. 2:22-CV-00296-JCC

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113