The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and Does 1-10,<br><br>Defendants. | No. 2:22-cv-00296-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING AND NOTING SCHEDULE ON PLAINTIFF'S MOTION FOR TREBLE DAMAGES, ATTORNEY FEES, AND POST-JUDGMENT INTEREST<br><br>NOTE ON MOTION CALENDAR: February 4, 2025 |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Innovative Solutions International, Inc. ("Innovative") and Defendant Pilgrim's Pride Corp. ("Pilgrim's"), hereby stipulate (subject to Court approval) to the following proposed briefing and noting schedule on Innovative's pending Motion for Treble Damages, Attorney Fees, and Post-Judgment Interest ("Motion") (Dkt. 355). In support of this request, the parties stipulate and agree as follows:

1. On January 24, 2025, Innovative filed its Motion for Treble Damages, Attorney Fees, and Post-Judgment Interest. Dkt. 355. Under the default briefing schedule, Pilgrim's opposition is due February 10, 2025, and Innovative's reply is due February 14, 2025.

STIPULATED MOTION FOR EXTENSION OF DEADLINES (2:22-cv-00296-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. Due to staff unavailability due to parental leave and previously scheduled international travel, Pilgrim's requires additional time to respond to the Motion. Innovative has agreed to this request.

3. Accordingly, the parties stipulate and agree (subject to Court approval) to renote Innovative's Motion for February 28, 2025. Pilgrim's opposition shall be due February 20, 2025, and Plaintiff's reply brief shall be due February 28, 2025.

4. Based on the foregoing, the parties respectfully request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS SO STIPULATED.

DATED this 4th day of February, 2025.

**DAVIS WRIGHT TREMAINE LLP**

By /s/ Theo A. Lesczynski
Theo A. Lesczynski, WSBA #59780
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7066
E-mail: theolesczynski@dwt.com

**SPENCER FANE LLP**

Kevin Kuhlman, *pro hac vice*
Daniel Blegen, *pro hac vice*
Sarah Hobbs, *pro hac vice*
1000 Walnut, Suite 1400
Kansas City, MO 64106
kkuhlman@spencerfane.com
dblegen@spencerfane.com
shobbs@spencerfane.com

*Attorneys for Defendant Pilgrim's Pride Corp.*

**K&L GATES LLP**

By /s/ Elizabeth H. White
Philip M. Guess, WSBA #26765

STIPULATED MOTION FOR EXTENSION OF DEADLINES (2:22-cv-00296-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3

Emaan Jaberi, WSBA #56990
925 Fourth Ave, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
E-mail: philip.guess@klgates.com
      emaan.jaberi@klgates.com

4
5
6
7

Elizabeth H. White, WSBA #58976
Henry G. Ross, WSBA #51591
One SW Columbia St, Ste. 1900
Portland, OR 97204
Telephone: (503) 228-3200
E-mail: elizabeth.white@klgates.com
      henry.ross@klgates.com

8
9

*Attorneys for Plaintiff Innovative Solutions International, Inc.*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION FOR EXTENSION OF DEADLINES
(2:22-cv-00296-JCC) - 3

**[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion. Plaintiff's Motion for Treble Damages, Attorney Fees, and Post-Judgment Interest (Dkt. 355) is renoted to February 28, 2025. Defendant Pilgrim's opposition to the Motion shall be due February 20, 2025. Plaintiff's reply brief shall be due February 28, 2025.

IT IS SO ORDERED this 5th day of February, 2025.

_____
John C. Coughenour
United States District Judge

STIPULATED MOTION FOR EXTENSION OF DEADLINES
(2:22-cv-00296-JCC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax