The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and Does 1-10,<br><br>Defendants. | No. 2:22-cv-00296-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER RE: DEFENDANT HOULIHAN TRADING CO., INC.'S MOTION FOR EQUITABLE INDEMNITY, EQUITABLE SUBROGATION, AND FOR STATUTORY COSTS<br><br>NOTE ON MOTION CALENDAR: March 27, 2025 |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Defendant Pilgrim's Pride Corp. ("Pilgrim's") and Defendant Houlihan Trading Co., Inc. ("Houlihan") hereby stipulate (subject to Court approval) to the following proposed briefing schedule on Houlihan's pending Motion for Equitable Indemnity, Equitable Subrogation, and Statutory Costs ("Motion") (Dkt. 372). In support of this request, the parties stipulate and agree as follows:

1. On January 10, 2025, the parties stipulated that Pilgrim's deadline to respond to Houlihan's post-trial opening briefing would be two weeks after Houlihan filed its Motion. Dkt. 350. The Court granted the parties' stipulated motion. Dkt. 351.

STIPULATED MOTION FOR EXTENSION OF DEADLINES (2:22-cv-00296-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. On March 14, 2025, Houlihan filed its Motion for Equitable Indemnity, Equitable Subrogation, and Statutory Costs. Dkt. 372. Under the Order at Dkt. 351, Pilgrim's opposition is due on March 28, 2025.

3. Under the default briefing schedule under Local Civil Rule 7(d)(4), Pilgrim's opposition would be due April 4, 2025.

4. Due to Pilgrim's counsel's previously planned travel during spring break, Pilgrim's requires additional time to respond.

5. Accordingly, the parties stipulate and agree (subject to Court approval) that Pilgrim's opposition shall be due April 4, 2025. The noting date and Houlihan's deadline for filing a reply brief will remain unchanged, April 11, 2025.

6. Based on the foregoing, the parties respectfully request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS SO STIPULATED.

DATED this 27th day of March, 2025.

**DAVIS WRIGHT TREMAINE LLP**

By /s/ Theo A. Lesczynski
Theo A. Lesczynski, WSBA #59780
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7066
E-mail: theolesczynski@dwt.com

**SPENCER FANE LLP**

Kevin Kuhlman, *pro hac vice*
Daniel Blegen, *pro hac vice*
Sarah Hobbs, *pro hac vice*
1000 Walnut, Suite 1400
Kansas City, MO 64106
kkuhlman@spencerfane.com
dblegen@spencerfane.com
shobbs@spencerfane.com

STIPULATED MOTION FOR EXTENSION OF DEADLINES
(2:22-cv-00296-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*Attorneys for Defendant Pilgrim's Pride Corp.*

**PREG O'DONNELL & GILLETT**

By: */s/ Daniel W. Rankin*
Bennett J. Hansen
Daniel W. Rankin
401 Union Street, Suite 1900
Seattle, WA 98101
bhansen@pregodonnell.com
drankin@pregodonnell.com

*Attorneys for Defendant Houlihan Trading Co., Inc.*

STIPULATED MOTION FOR EXTENSION OF DEADLINES
(2:22-cv-00296-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED]** ORDER

The Court GRANTS the Parties' stipulated motion. Defendant Pilgrim's opposition to Houlihan's pending Motion for Equitable Indemnity, Equitable Subrogation, and Statutory Costs ("Motion") (Dkt. 372) shall be due April 4, 2025.

IT IS SO ORDERED this 27th day of March, 2025.

_____
John C. Coughenour
United States District Judge

STIPULATED MOTION FOR EXTENSION OF DEADLINES
(2:22-cv-00296-JCC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax