THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., | CASE NO. C22-0296-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOULIHAN TRADING CO., INC, *et al.*, | |
| Defendants. | |

14    The following Minute Order is made by direction of the Court, the Honorable John C.

15  Coughenour, United States District Judge:

16    This matter comes before the Court on a LCR 7(h) motion for reconsideration by

17  Innovative (Dkt. No. 380). Pilgrim's may file a response to that motion no later than April 14,

18  2025. It should not exceed six (6) pages of argument. Moreover, Pilgrim's response and any

19  evidence attached thereto must address only the reasonableness of Innovative's request for

20  attorney fees in bringing its original motion for attorney fees (Dkt. No. 355). No reply to that

21  response is permitted. Lastly, the Clerk is directed to re-note the motion for reconsideration (Dkt.

22  No. 377) to April 14, 2025.

23  //

24  //

25  //

26  //

MINUTE ORDER
C22-0296-JCC
PAGE - 1

1    DATED this 7th day of April 2025.

2                                                        Ravi Subramanian
                                                         Clerk of Court
3

4                                                        s/Kathleen Albert
                                                         Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C22-0296-JCC
PAGE - 2