# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC.,<br><br>       Plaintiff,<br> v.<br><br>PILGRIM'S PRIDE CORP., *et al.*,<br><br>       Defendants. | **AMENDED SUPPLEMENTAL JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-0296-JCC |

 \_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 \_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  THE COURT HAS ORDERED THAT

1. Innovative's request for attorney fees is GRANTED in part and DENIED in part. Pilgrim's shall pay Innovative's attorney fees in the amount of $3,060,697.20.

2. Innovative's request for post-judgment interest is GRANTED. Pilgrim's shall pay post-judgment interest at a rate of 4.27% per annum for the $10,500,000 damages award, accruing from December 27, 2024, until paid in full. Similarly, Pilgrim's shall pay post-judgment interest at a rate of 4.09% per annum for the $3,060,697.20 in attorney fees, accruing from March 27, 2025, until paid in full.

3. Houlihan's request for implied indemnity is GRANTED. Pilgrim's must indemnify Houlihan for its full $3 million settlement with Innovative.

4. Houlihan's request for attorney fees and costs is GRANTED under the doctrine of equitable indemnity. Pilgrim's must pay Houlihan $427,979 in attorney fees and $294,815.61 in litigation costs.

5. Houlihan's request for post-judgment interest is GRANTED. Pilgrim's shall pay post-judgment interest at a rate of 3.97% per annum for the $1,500,000 damages award, $3

million settlement, $427,979 in attorney fees, and $294,815.61 in litigation costs, accruing from April 28th, 2025, until paid in full.

DATED this 8th day of May 2025.

RAVI SUBRAMANIAN  
Clerk of Court

/s/ *Kathleen Albert*  
Deputy Clerk