The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,

Plaintiff,

v.

HOULIHAN TRADING CO., INC., a Florida corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and Does 1-10,

Defendants.

No. 2:22-cv-00296-JCC

[PROPOSED] ORDER GRANTING PILGRIM'S MOTION FOR LEAVE TO FILE OVER-LENGTH RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, ALTERNATIVELY, FOR A NEW TRIAL OR TO GRANT REMITTITUR

This matter comes before the Court on Pilgrim's Motion for Leave to File Over-Length Renewed Motion for Judgment as a Matter of Law, or, Alternatively, for a New Trial or to Grant Remittitur (Dkt. No. 393). The Court having considered the filing, GRANTS the Motion. The Court hereby ORDERS that Pilgrim's Renewed Motion for Judgment as a Matter of Law, or, Alternatively, for a New Trial or to Grant Remittitur shall not exceed 7,000 words. Pilgrim's shall file its consolidated motion on or before May 30, 2025. The Court STRIKES Docket Numbers 394 and 395 as moot.

**IT IS SO ORDERED.**

//

//

//

[PROPOSED] ORDER GRANTING PILGRIM'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION
(2:22-cv-00296-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

This 28th day of May, 2025.

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

**DAVIS WRIGHT TREMAINE LLP**

By s/ Theo Lesczynski
  Theo Lesczynski
  WSBA #59780
  920 Fifth Avenue, Suite 3300
  Seattle, WA 98104-1610
  Telephone: (206) 622-3150
  Fax: (206) 757-7066
  E-mail: theolesczynski@dwt.com

**SPENCER FANE LLP**

  Kevin Kuhlman, *pro hac vice*
  Daniel Blegen, *pro hac vice*
  Sarah Hobbs, *pro hac vice*
  1000 Walnut, Suite 1400
  Kansas City, MO 64106
  kkuhlman@spencerfane.com
  dblegen@spencerfane.com
  shobbs@spencerfane.com

*Attorneys for Defendant Pilgrim's Pride Corp.*

[PROPOSED] ORDER GRANTING PILGRIM'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION
(2:22-cv-00296-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax