The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and Does 1-10,<br><br>Defendants. | No. 2:22-cv-00296-JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PILGRIM'S PRIDE, INC.'S MOTION FOR CLARIFICATION AND MODIFICATION RE DKT. 397 |

This matter comes before the Court on Pilgrim's Motion for Clarification and Modification Re Dkt. 397 (the "Motion"). Having considered the Motion, any response thereto, any reply in support thereof, and the pleadings and papers on file in this matter, the Court hereby GRANTS the Motion. The Court hereby ORDERS that its order at Dkt. 397 is amended to read:

This matter comes before the Court on Pilgrim's Motion for Leave to File Over-Length Renewed Motion for Judgment as a Matter of Law, or, Alternatively, for a New Trial or to Grant Remittitur (Dkt. No. 393). The Court having considered the filing, GRANTS the Motion. The Court hereby ORDERS that Pilgrim's Renewed Motion for Judgment as a Matter of Law, or, Alternatively, for a New Trial or to Grant Remittitur shall not exceed 7,000 words. Pilgrim's

[PROPOSED] ORDER GRANTING PILGRIM'S
MOTION FOR CLARIFICATION
(2:22-cv-00296-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

shall file its consolidated motion on or before May 30, 2025. Once filed, this consolidated motion shall substitute for the motions at Dkts. 394 and 395 and relate back to date of those prior filings.

**IT IS SO ORDERED.**

This 29th day of May, 2025.

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

**DAVIS WRIGHT TREMAINE LLP**

By *s/ Theo Lesczynski*
　　Theo Lesczynski
　　WSBA #59780
　　920 Fifth Avenue, Suite 3300
　　Seattle, WA  98104-1610
　　Telephone: (206) 622-3150
　　Fax: (206) 757-7066
　　E-mail: theolesczynski@dwt.com

**SPENCER FANE LLP**

　　Kevin Kuhlman, *pro hac vice*
　　Daniel Blegen, *pro hac vice*
　　Sarah Hobbs, *pro hac vice*
　　1000 Walnut, Suite 1400
　　Kansas City, MO 64106
　　kkuhlman@spencerfane.com
　　dblegen@spencerfane.com
　　shobbs@spencerfane.com

*Attorneys for Defendant Pilgrim's Pride Corp.*

[PROPOSED] ORDER GRANTING PILGRIM'S
MOTION FOR CLARIFICATION
(2:22-cv-00296-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax