THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOULIHAN TRADING CO., INC., a Florida corporation; BRIGHTON GROUP, LLC, an Arkansas limited liability company; MARCUS TECHNOLOGIES LLC, a Texas limited liability company; SHUMAKER INTERNATIONAL CORP., a Tennessee corporation; COOK INTERNATIONAL TRADE & BROKERAGE, INC., a Florida corporation; NORTH SOUTH FOODS GRP., INC., a Florida corporation; HENLEY'S WHOLESALE MEATS, INC., an Arkansas corporation; PILGRIM'S PRIDE CORP., a Delaware corporation; and DOES 1–10,<br><br>Defendants. | Case No.: 2:22-cv-00296-JCC<br><br>[PROPOSED] ORDER GRANTING INNOVATIVE SOLUTIONS INTERNATIONAL, INC. AND HOULIHAN TRADING CO., INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PILGRIM'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY, FOR A NEW TRIAL OR TO GRANT REMITTITUR |

This matter comes before the Court on Plaintiff Innovative Solutions International, Inc. ("Innovative"), and defendant Houlihan Trading Co., Inc.'s ("Houlihan") jointly submitted Unopposed Motion for Extension of Time to respond to defendant Pilgrim's Motion for Judgment

[PROPOSED] ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1
(2:22-cv-00296-JCC)

as a Matter of Law, or alternatively, for a New Trial or to Grant Remittitur. The Court having considered the filing, GRANTS the Motion. The Court hereby ORDERS that Pilgrim's Renewed Motion for Judgment as a Matter of Law, or, alternatively, for a New Trial or to Grant Remittitur shall be re-noted for June 20, 2025. Innovative's and Houlihan's responses will be due on June 16 and Pilgrim's reply will be due on June 20.

**IT IS SO ORDERED.**

DATED this 5th day of June, 2025.

---
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 2
(2:22-cv-00296-JCC)

PRESENTED BY:

K&L GATES LLP

By: *s/ Elizabeth H. White*
Elizabeth H White, WSBA #58976
Henry G. Ross, WSBA #51591
One SW Columbia St., Suite 1900
Portland, OR 97204
Phone: 503-228-3200
*elizabeth.white@klgates.com*
*henry.ross@klgates.com*

Philip M. Guess, WSBA # 26765
Emaan R. Jaberi, WSBA # 56990
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
*philip.guess@klgates.com*
*emaan.jaberi@klgates.com*

*Attorneys for Plaintiff Innovative Solutions International, Inc.*

PREG O'DONNELL & GILLETT PLLC

By: *s/ Daniel Rankin*
Daniel Rankin, WSBA #49673
Bennett J. Hansen, WSBA #24205
401 Union Street, Suite 1900
Seattle, WA 98101
Email: drankin@pregodonnell.com
          bhansen@pregodonnell.com

*Attorneys for Defendant Houlihan Trading Co., Inc.*

[PROPOSED] ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 3
(2:22-cv-00296-JCC)

# CERTIFICATE OF SERVICE

I, Elizabeth H. White, certify under penalty of perjury under the laws of the State of Washington that on June 4, 2025, I caused to be served a true and correct copy of the foregoing document on:

| | |
|---|---|
| Bennett J. Hansen<br>Daniel Rankin<br>Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue Suite 3400<br>Seattle, WA 98164-2026<br>Email: bhansen@pregodonnell.com<br>　　　　drankin@pregodonnell.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Theo A. Lesczynski<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Email: theolesczynski@dwt.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |
| Kevin Kuhlman, *pro hac vice*<br>Daniel Blegen, *pro hac vice*<br>Sarah Hobbs, *pro hac vice*<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Email: kkuhlman@spencerfane.com<br>　　　　dblegen@spencerfane.com<br>　　　　shobbs@spencerfane.com | ☐ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ Via CM/ECF |

DATED: June 4, 2025.

*s/ Elizabeth H. White*
Elizabeth H. White

CERTIFICATE OF SERVICE - 1