THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE SOLUTIONS INTERNATIONAL, INC., <br><br> Plaintiff, <br> v. <br><br> HOULIHAN TRADING CO., INC., *et al.*, <br><br> Defendants. | CASE NO. C22-0296-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the parties' (namely Houlihan Trading Co., Inc. and Pilgrims Pride) joint status report (Dkt. No. 413). The Court directed the parties to meet and confer and submit the report to allow the Court to select a trial date on Houlihan's damages resulting from Pilgrims' breach of its express warranty. (*See* Dkt. Nos. 408 at 8–9, 13–14; 413 at 2–3.) Based on the submission, **the Court sets an April 13, 2026 trial date**. As previously indicated, (*see* Dkt. No. 413 at 3), dispositive motions and deposition designations are due three months before trial commences, and trial briefs, proposed jury instructions, proposed voir dire, motions in limine, and trial exhibits are due two weeks before trial commences.

Given the unusual posture of the remaining factual determinations, the Court finds good

MINUTE ORDER
C22-0296-JCC
PAGE - 1

cause pursuant to Rule 16(b)(4) to supplement Pilgrims' and Houlihan's expert disclosures pursuant to Rule 26(a)(2).[1] This is for the limited purpose of providing testimony on the damages Houlihan suffered from Pilgrims' breach. Thus, Houlihan's expert disclosure deadline is October 1, 2025; Pilgrim's expert disclosure deadline is November 3, 2025; and the deadline to depose disclosed experts is December 3, 2025.

DATED this 21st day of August 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kadya Peter</u>
Deputy Clerk

---

[1] The Court declines Pilgims' request for additional briefing on this issue. (*See* Dkt. No. 413 at 3.)

MINUTE ORDER
C22-0296-JCC
PAGE - 2